IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FORT HARRISON VETERANS RESIDENCES, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF COMMERCE, in its official capacity and as a federal designated public housing agency,<br><br>Defendants. | CV 24-37-H-BMM-KLD<br><br>ORDER |

Plaintiff moves for the admission of Orlando J. Cabrera to practice before this Court in this case with Jeffrey M. Roth to act as local counsel. Mr. Cabrera's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Orlando Cabrera pro hac vice is GRANTED on the condition that Mr. Cabrera shall do his own work. This means that Mr. Cabrera must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Cabrera, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 13th day of June, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge