Michael P. Talia
Erin Lyndes
JACKSON, MURDO, & GRANT, PC
203 N. Ewing
Helena, MT 59601
Phone:  (406) 442-1300
Email: mtalia@jmgattorneys.com
　　　　elyndes@jmgattorneys.com

*Attorneys for Montana Department of Commerce*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FORT HARRISON VETERANS RESIDENCES, LP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONTANA DEPARTMENT OF COMMERCE, in its official capacity and as a federally designated public housing agency,<br><br>　　　　　Defendant. | Case 6:24-CV-00037-BMM-KLD<br><br>**MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTY** |

　　　Defendant Montana Department of Commerce ("MDOC") moves the

Court for its order dismissing the Plaintiff's Complaint for failure to join the

United States Department of Housing and Urban Development ("HUD") as

an indispensable party defendant, under Federal Rules of Civil Procedure

1

12(b)(7) and 19.  In the alternative, MDOC requests Plaintiff be permitted to amend its Complaint to include HUD as a party defendant.

The grounds for this motion are that MDOC will be subject to multiple and conflicting obligations unless HUD is a party defendant.  This motion is supported by a brief in support and the Declaration of Cheryl Cohen, which are contemporaneously filed.  Opposing counsel was contacted and objects to this motion.

DATED this 2nd day of July, 2024.

JACKSON, MURDO, & GRANT, PC

By: _____
Michael P. Talia
*Attorneys for Montana Department of Commerce*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the following using the court's CM/ECF system on the 2nd day of July, 2024.

Jeffrey M. Roth
Michael Green
Crowley Fleck PLLP
305 South 4th St E, Suite 100
Missoula, MT 59801

_____
Michael P. Talia