Michael P. Talia
Erin Lyndes
JACKSON, MURDO, & GRANT, PC
203 N. Ewing
Helena, MT 59601
Phone:  (406) 442-1300
Email: mtalia@jmgattorneys.com
      elyndes@jmgattorneys.com

*Attorneys for Montana Department of Commerce*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FORT HARRISON VETERANS RESIDENCES, LP,<br><br>      Plaintiff,<br><br>v.<br><br>MONTANA DEPARTMENT OF COMMERCE, in its official capacity and as a federally designated public housing agency,<br><br>      Defendant. | Case 6:24-CV-00037-BMM-KLD<br><br>**DECLARATION OF CHERYL COHEN** |

I, Cheryl Cohen, under penalty of perjury, declare as follows:

1.    I am the Division Administrator of the Montana Department of Commerce, Housing Division, and the Executive Director of the Montana Board of Housing.

2.    I am over the age of eighteen, of sound mind, and make this

1

declaration upon my own personal knowledge or upon review of records kept in the ordinary course of my employment by the State of Montana.

3. I am familiar with the Freedom's Path housing project which is the subject of the Plaintiff's Complaint. The project receives, on average, more than $5,000 per assisted dwelling unit annually in project based assistance, for purposes of the application of 24 C.F.R. § 35.715.

4. Attached as Exhibit 1 is a true and correct copy of an e-mail message I received from HUD employee Tara Radosevich on July 31, 2023 related to the Freedom's Path project.

5. Attached as Exhibit 2 is a true and correct copy of a memo I received from HUD employee Zachary Urban, dated April 17, 2024, related to the Freedom's Path project.

6. Attached as Exhibit 3 is a true and correct copy of a memo I received from HUD employee Zachary Urban, dated May 24, 2024, related to the Freedom's Path project.

7. Attached as Exhibit 4 is a true and correct copy of a letter I received from HUD employee Zachary Urban, dated March 8, 2024, related to the Freedom's Path project.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of July, 2024.

_____
Cheryl Cohen

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on the following using the court's CM/ECF system on the 2nd day of July, 2024

Jeffrey M. Roth
Michael Green
Crowley Fleck PLLP
305 South 4th St E, Suite 100
Missoula, MT 59801

_____
Michael P. Talia