UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FORT HARRISON VETERANS RESIDENCES,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF COMMERCE,<br>Defendant. | CV-24-037-H-BMM-KLD<br><br>ORDER |

Objection to the jurisdiction of a United States Magistrate Judge having been met,

IT IS ORDERED:

1. The case is reassigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. 636(b)(1)(A), the case is referred to the Honorable Kathleen L. Desoto, United States Magistrate Judge, for all pretrial, non-dispositive matters.

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 5th day of August 2024.

_____

Brian Morris, Chief District Judge
United States District Court