IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| FORT HARRISON VETERANS RESIDENCES, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA DEPARTMENT OF COMMERCE, in its official capacity and as a federal designated public housing agency,<br><br>Defendant. | CV 24-37-H-BMM-KLD<br><br>ORDER |

Defendant Montana Department of Commerce has filed a motion to dismiss the Complaint for failure to join the United States Department of Housing and Urban Development ("HUD") as an indispensable party defendant under Rule 12(b)(7) and (9) of the Federal Rules of Civil Procedure or, alternatively, to permit Plaintiff to amend its Complaint to include HUD as a defendant. (Doc. 15). Accordingly,

IT IS ORDERED that the preliminary pretrial conference scheduled for

//

//

1

September 16, 2024, and all related deadlines are VACATED pending the Court's ruling on the motion to dismiss.

DATED this 12th day of August, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge